IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| AMANDA PIPES and NATHAN PIPES ) <br> as Next Friends for C.P. ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> KIRKSVILLE MISSOURI HOSPITAL ) <br> COMPANY, LLC, DBA NORTHEAST ) <br> REGIONAL MEDICAL CENTER, and ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendants. ) | Case No. 2:23-cv-00067 PLC |

## MOTION FOR APPROVAL OF MINOR'S SETTLEMENT

COME NOW, Plaintiffs, and move this Honorable Court for approval of a minor's settlement. Plaintiffs have set forth in the accompanying memorandum of law in support of Petition for approval of minor's settlement, the basis for this petition for approval of settlement. Having considered the medical evidence, the risks of litigation and the future needs of the minor child that arise from the claimed injuries, the Plaintiffs believe the settlement is in the best interest of their minor child.

JOHNSON, VORHEES & MARTUCCI

By:   /s/ Roger A. Johnson
Roger Johnson MO Bar # 48480
510 W. 6th Street Joplin, MO 64801
roger@4stateslaw.com
*Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on this 27th day of August, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following interested parties:

Dennis S. Harms
600 Washington Avenue, 15th Floor
St. Louis, MO 63101
314.446.4252 /
314.241.7604 (Fax)
dharms@sandbergphoenix.com
*Attorneys for Defendant Kirksville*
*Missouri Hospital Company, LLC,*
*d/b/a Northeast Regional Medical Center*


Roger A. Keller, Jr.
Assistant U.S. attorney
Thomas Eagleton U.S. Courthouse
111 South Tenth Street, 20th Floor
St. Louis, MO 63102
Attorney for Defendant U.S.A

                                              /s/Roger A. Johnson
                                              Roger Johnson, #48480
                                              Attorney for Plaintiffs